IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~04-MK-1897 (PAC)~~ 04-cv-01897-MSK-PAC

LARRY DEAN PETTY, Plaintiff,

v.

GLEN J. DENNIS and
HALLIBURTON ENERGY SERVICES, INC., Defendants

---

**ORDER RE: DEFENDANTS GLEN J. DENNIS AND HALLIBURTON ENERGY SERVICES, INC.'S MOTION FOR AN EXTENSION OF TIME TO FILE DISCLOSE REBUTTAL EXPERTS PURSUANT TO FED. R. CIV. P. 26(a)(2)(B) AND THE SCHEDULING ORDER**

---

**BEFORE ME** is Defendants' June 29, 05 Motion for an Extension of Time to File Rebuttal Expert Disclosures Pursuant to FED. R. CIV. 26(a)(2)(B) and the Scheduling Order. Having reviewed the Motion and being fully advised in the premises therfor, **IT IS HEREBY ORDERED** that the Motion is Granted and Defendants shall have through and including July 12, 2005, ~~by which~~ to file Dr. Richard Vandenbergh's expert witness report.

Dated: June 30, 05

BY THE COURT:

S/ Patricia A Coan
Patricia A Coan
Magistrate Judge

1