IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01897-MSK-PAC

LARRY DEAN PETTY,

        Plaintiff(s),

v.

GLENN J. DENNIS, and

HALLIBURTON ENERGY SERVICES, INC.,

        Defendant(s).

_____

**MINUTE ORDER**

_____

**Patricia A. Coan, Magistrate Judge**

        IT IS HEREBY

        **ORDERED** that Defendants' Unopposed Motion to File Loyd  Smith, Esq.'s Attorney Notes and Summaries Thereof Under Seal Pursuant to D.C.Colo.L.CivR. 7.2  [filed August 9, 2005] is **granted**.  The documents tendered August 10, 2005 and docketed as no. 108 shall be kept under **seal**.  Pursuant to the court's discussion with counsel at the motions hearing on August 10, 2005, the documents will be considered at the motions hearing set for **September 23, 2005 at 8:30 a.m.**

        Counsel further are advised to follow the court's Electronic Filing Procedures, which are available on the court's website, particularly with regard to e-mailing proposed orders as word perfect attachments to chambers.  *See* Procedures at 15.

Dated August 16, 2005.