IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01897-MSK-PAC

LARRY DEAN PETTY,

    Plaintiff(s),

v.

GLENN J. DENNIS, and
HALLIBURTON ENERGY SERVICES, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
November 12, 2005

    Upon review of the defendants' response to the November 4, 2005 Order to Show Cause and the file,  IT IS HEREBY

    **ORDERED** that the November 4, 2005 Order to Show Cause is **discharged**.  It is further

    **ORDERED** that plaintiff's Motion for Contempt, Doc. #139, filed November 2, 2005, is **denied**.