IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01897-MSK-PAC

LARRY DEAN PETTY,

    Plaintiff(s),

v.

GLENN J. DENNIS, and
HALLIBURTON ENERGY SERVICES, INC.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
January 4, 2006

    Defendants have failed to demonstrate any reason under Rule 26(c) for a protective order concerning the production of Smith's notes to Worden.  Further, the Court has reviewed the notes *in camera* and found that, as produced in their redacted form, they do not contain any information which could be characterized as protected by the attorney-client privilege or falling under the work product doctrine.  Accordingly, it is hereby

    **ORDERED** that Defendants' Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) Re: Plaintiff's Dissemination of Mr. Smith's Notes and Summaries to Non-Parties, Doc. # 166, filed December 30, 2006 is **denied**.