IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01897-MSK-PAC

LARRY DEAN PETTY, and
LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiffs,

v.

DENNIS J. GLEN, and
HALLIBURTON ENERGY SERVICES, INC.,

    Defendants.

_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41**
_____

THIS MATTER comes before the Court on The Parties' Stipulation for Dismissal With Prejudice Pursuant to FED. R. CIV. P. 41 **(#177)**. Having reviewed the Stipulation and being fully advised in the premises therefore;

**IT IS HEREBY ORDERED** that this matter, as well as any all and all claims that were asserted or could have been asserted by the Plaintiff against the Defendants in this matter, are hereby **DISMISSED** with prejudice. The clerk shall close this case.

DATED this 21st day of February 2006.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge